IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARLON McDOUGALL, | : |
|     Plaintiff | : |
|     v. | : Case No. 3:23-cv-91-KAP |
| LIEUTENANT TYSON, *et al.*, | : |
|     Defendants | : |

<u>Memorandum Order</u>

Plaintiff's motion for service by the Marshal, ECF no. 13, is granted.

If plaintiff has not already done so plaintiff shall send the Clerk forms for service and a copy of the complaint for each defendant. The Clerk shall if necessary send blank service forms for plaintiff to complete. The Marshal shall serve the complaint on defendants at the direction of the plaintiff (the Marshal shall send waiver of service forms first). Since the plaintiff is not proceeding *in forma pauperis*, costs of service will be advanced by the plaintiff.

DATE:  August 7, 2023

                                          Keith A. Pesto,
                                          United States Magistrate Judge

Notice by U.S. Mail to:

    Marlon McDougall, ID# 2304001
    Pike County Jail
    175 Pike County Boulevard
    Lords Valley, PA 18428