IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MARLON McDOUGALL, :
    Plaintiff :
  v. : Case No. 3:23-cv-91-KAP
GEO GROUP, :
    Defendant :

<u>Memorandum Order</u>

    Plaintiff has voluntarily dismissed the individual defendants from this matter. ECF no. 31. The Clerk shall delete as parties defendants Tyson and Freeland, and any claims against them are dismissed with prejudice. Given the jurisdictional allegations in ECF no. 31, the pretrial schedule is revised as follows:

    1.    Motions, other than those mentioned in ¶2 and ¶3 below, shall be accompanied by a memorandum of law and responded to within twenty days.

    2.    Discovery shall be completed by April 30, 2024. Discovery motions should succinctly state the matter in dispute and need not be accompanied by any memorandum of law; discovery motions shall be responded to within five days. Absent order to the contrary, the filing of a motion to dismiss or motion to compel discovery shall not stay discovery.

    3.    Motions for summary judgment shall be filed on or before May 30, 2024. Motions shall be responded to by the opposing party within thirty days.

    4.    The dates for filing of pretrial statements and trial shall be scheduled after any dispositive motions have been decided.

    5.    If no summary judgment motions are filed, plaintiff's pretrial statement shall be filed on or before June 15, 2024, and defendant's pretrial statement shall be filed on or before June 30, 2024.

DATE: January 16, 2024

Keith A. Pesto,
United States Magistrate Judge

1

Notice by ECF to counsel and by U.S. Mail to:

Marlon McDougall, A#036708257
Moshannon Valley Processing Center
555 Geo Drive
Philipsburg, PA 16866